AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00542 |
| Luke Wessley Bender | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 07/26/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Luke Wessley Bender**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(A) - Entering and Remaining on the Floor of Congress;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   07/26/2021                                      2021.07.26 11:41:26 -04'00'
                                                        *Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/26/2021, and the person was arrested on *(date)* 07/29/2021
at *(city and state)* Fairfax, VA.

Date:   07/30/2021                                      _____
                                                        *Arresting officer's signature*

                                                        John King, Special Agent, FBI
                                                        *Printed name and title*